UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY TANNER,<br><br>                             Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF CORRECTIONS, TAMMY NIKULA, MARK SHERWOOD, JAMES GALLEGOS, SGT PATRICIA MCCARTY, CUS DENNIS CHERRY, PREA INVESTIGATORS,<br><br>                             Defendants. | No. C12-5876 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated October 15, 2012, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order.  ECF No. 6.  Plaintiff was given a deadline to amend or show cause by November 9, 2012.  *Id.*  On October 26, 2012, Plaintiff filed a motion for extension of time requesting a 30 day extension of this deadline.  ECF No. 7.  He states that he has limited use of the legal library while housed in the Intensive Management Unit.  *Id.*

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion for extension of time (ECF No. 7) is **GRANTED**.  Plaintiff must show cause or file his amended complaint on or before **December 9, 2012**, or the Court will recommend dismissal of this action.

ORDER - 1

(2)  The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  2nd  day of November, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2