UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY TANNER,<br><br>                    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, TAMMY NIKULA, MARK SHERWOOD, JAMES GALLEGOS, SGT PATRICIA MCCARTY, CUS DENNIS CHERRY, PREA INVESTIGATORS,<br><br>                    Defendants. | No. C12-5876 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO SECOND ORDER TO SHOW CAUSE |

By Order dated January 11, 2013, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the Court's order. ECF No. 10. Plaintiff was given a deadline to amend or show cause by February 1, 2013. *Id.* On February 5, 2013, Plaintiff filed a motion for extension of time requesting a 30 day extension of this deadline. ECF No. 11. He states that he has limited use of the legal library. *Id.* Plaintiff was previously granted a similar extension to respond to the Court's first order to show cause. ECF No. 8.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 11) is **GRANTED**. Plaintiff must show cause or file his amended complaint on or before **March 11, 2013**, or the Court will recommend dismissal of this action.

ORDER - 1

(2)   The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  12th  day of February, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2